# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JEIGHMICHAEL SHUNTAE DAVIS                                              PETITIONER

v.                                 5:08CV00151 WRW

LARRY NORRIS, Director of the                                          RESPONDENT
Arkansas Department of Correction

<u>ORDER</u>

The Court has received findings and a recommendation from Magistrate Judge H. David Young.  No objections have been filed.  After a careful, <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The motion to dismiss filed by respondent Larry Norris ("Norris") is granted, and the petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Jeighmichael Shuntae Davis is dismissed.  All requested relief is denied, and judgment will be entered for Norris.

IT IS SO ORDERED this 7th day of October, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE