# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JEIGHMICHAEL SHUNTAE DAVIS                                                         PETITIONER

v.                                    5:08CV00151 WRW

LARRY NORRIS, Director of the                                                       RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Larry Norris. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Jeighmichael Shuntae Davis is dismissed, and all requested relief is denied.

IT IS SO ORDERED this 7th day of October, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE